Ronald D. CHANDLER, Appellant,

v.

UNKNOWN HOWELL, COI; Fred Lyles, COII; Don Geising; Jane Does, 1, Training Officers; Jane Does, 2, Assignment Officers, Farmington Correctional Center; John Does, 2, Assignment Officers, Farmington Correctional Center; John Does, 1, Training Officers, Appellees.

No. 01–1118.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 7, 2001.

Filed Oct. 1, 2001.

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Ronald D. Chandler appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action for failure to state a claim. After de novo review of the record, *see Springdale Educ. Ass'n v. Springdale Sch. Dist.*, 133 F.3d 649, 651 (8th Cir.1998), we con-

1. The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was

clude that dismissal was proper for the reasons stated by the district court. *See* 8th Cir. R. 47B.

The judgment is affirmed.

referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).